United States of America
v.
Rene Sepulveda

7:20-CR-240

## Acceptance of Responsibility

On December 2, 2021, I Rene Sepulveda entered a plea of guilty to count I of the indictment which states that I participated in the conspiracy and/or possession cocaine with intent to distribute under violation of title 21 USC 846, 841 (a)(1) and 841 (b)(1)(A).

I admit my actions were wrong and I am truly regretful for having engaged in such criminal conduct. I know my actions were illegal and I am truly sorry. I ask this court for leniency when giving me my sentence. I have had time to think during my incarceration and know the harm I have caused for my actions not just to my community but also to my family.

Rene Sepulveda